## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PATRICIA POU, individually and
on behalf of all others similarly situated,

                                       **Case No. 1:26-cv-20310**

   *Plaintiff*,

vs.

PENNEY OPCO LLC D/B/A JC PENNEY,

   *Defendant*.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Patricia Pou, and Defendant, Penney OpCo LLC, by and through their undersigned counsel, jointly give notice to the Court in accordance with S.D. Fla. L.R. 16.4 that the parties have reached a confidential settlement with respect to Plaintiff's individual claims in this lawsuit. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days.

Dated: May 21, 2026

| | |
|---|---|
| **Shamis & Gentile, P.A.** | **Seyfarth Shaw LLP** |
| */s/ Christopher E. Berman* | */s/ Kevin Young (w/ permission)* |
| Christopher E. Berman, Esq. | Kevin Young |
| Florida Bar # 1010654 | kyoung@seyfarth.com |
| cberman@shamisgentile.com | 1075 Peachtree Street, N.E., Suite 2500 |
| 14 NE 1st Ave., Suite 705 | Atlanta, Georgia 30309 |
| Miami, Florida 33132 | Telephone: (404) 885-1500 |
| Telephone: 305-479-2299 | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 5.1**

I hereby certify that on May 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*/s/ Christopher E. Berman*
Christopher E. Berman, Esq.